# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| | |
|---|---|
| Case No: | 14-01521-5-SWH    Judge: STEPHANI W. HUMRICKHOUSE |
| Case Name: | Titan Concrete, Inc. |
| For Period Ending: | 06/30/14 |

| | |
|---|---|
| Trustee Name: | Joseph N. Callaway |
| Date Filed (f) or Converted (c): | 03/17/14 (f) |
| 341(a) Meeting Date: | 04/15/14 |
| Claims Bar Date: | 10/03/14 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. WELLS FARGO BANK BUSINESS CHECKING ACCT. ACCT # 2313 - $10.00 ACCT #5625 - $1001.37 | 600.00 | 1,011.37 | | 1,011.37 | 0.00 | 0.00 | 0.00 |
| 2. CONTINGENT CLAIMS Claim against Royal Oaks Subdivison for services performed and money owed. Claim is pending. | 12,407.10 | 12,407.10 | | 0.00 | 12,407.10 | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $13,007.10 | $13,418.47 | | $1,011.37 | Gross Value of Remaining Assets $12,407.10 (Total Dollar Amount in Column 6) | $0.00 | $0.00 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

06/30/14:  Investigating possible accounts receivable

Initial Projected Date of Final Report (TFR): 12/31/14      Current Projected Date of Final Report (TFR): 12/31/14

_____   Date: _____
Joseph N. Callaway

LFORM1EX

Ver: 18.00a

FORM 2

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 14-01521-5-SWH | | Trustee Name: | Joseph N. Callaway |
| --- | --- | --- | --- | --- |
| Case Name: | Titan Concrete, Inc. | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******9762 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3679 | | | |
| For Period Ending: | 06/30/14 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| C 03/24/14 | | WELLS FARGO BANK, N.A. P. O. BOX 5110, MAC N9777-016 SIOUX FALLS, SD 57117-5110 | CLOSE ACCOUNT #2313 | 10.00 | | | | | 10.00 |
| 03/24/14 | 1 | Asset Sales Memo: | WELLS FARGO BANK BUSINESS CHECKING ACCT. $10.00 | | | | | | 10.00 |
| C 03/24/14 | | WELLS FARGO BANK, N.A. P. O. BOX 5110, MAC N9777-016 SIOUX FALLS, SD 57117-5110 | CLOSE BANK ACCOUNT #5625 | 1,001.37 | | | | | 1,011.37 |
| 03/24/14 | 1 | Asset Sales Memo: | WELLS FARGO BANK BUSINESS CHECKING ACCT. $1,001.37 | | | | | | 1,011.37 |
| C 05/27/14 | | Union Bank | BANK SERVICE FEE | | | | -15.00 | | 996.37 |
| C 06/25/14 | | Union Bank | BANK SERVICE FEE | | | | -15.00 | | 981.37 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******9762 | Balance Forward | 0.00 | 0 Checks | 0.00 |
| --- | --- | --- | --- | --- |
| | 2 Deposits | 1,011.37 | 2 Adjustments Out | 30.00 |
| | 0 Interest Postings | 0.00 | 0 Transfers Out | 0.00 |
| | Subtotal | $ 1,011.37 | | |
| | | | Total | $ 30.00 |
| | 0 Adjustments In | 0.00 | | |
| | 0 Transfers In | 0.00 | | |
| | Total | $ 1,011.37 | | |

LFORM2XT

Ver: 18.00a

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 14-01521-5-SWH | Trustee Name: | Joseph N. Callaway |
| --- | --- | --- | --- |
| Case Name: | Titan Concrete, Inc. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******9762 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3679 | | |
| For Period Ending: | 06/30/14 | Blanket Bond (per case limit): | $ 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ Joseph N. Callaway  Date: 07/08/14
JOSEPH N. CALLAWAY

LFORM2XT

Ver: 18.00a